# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAMIEN YOUNG,** | Case No. 2:15-cv-01873-BRO-FFM |
| Plaintiff(s) | **ORDER** |
| vs. | |
| **LVNV FUNDING, LLC,** | |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and attorney fees.

**IT IS SO ORDERED.**

Dated: June 4, 2015

By: _____
HON. BEVERLY REID O'CONNELL
United States District Court Judge

Order to Dismiss - 1